■ In the Matter of KEVIN FAGER et al. and Other Petitioners United in Interest, Appellants, v BOARD OF EDUCATION, ROCHESTER CITY SCHOOL DISTRICT, Respondent. [942 NYS2d 830]— Appeal from a judgment of the Supreme Court, Monroe County (David Michael Barry, J.), entered November 1, 2010 in a proceeding pursuant to CPLR article 78. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ INTERNATIONAL ELECTRON DEVICES (USA) LLC et al., Appellants, v MENTER, RUDIN & TRIVELPIECE, P.C., Respondent. [944 NYS2d 713]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered April 20, 2011 in a legal malpractice action. The order and judgment granted defendant's motion for summary judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.